ARLO GARCIA URIARTE, CA Bar No. 231764
arlo@liberationlawgroup.com
DANIEL P. IANNITELLI, CA Bar No. 203388
dan@liberationlawgroup.com
LIBERATION LAW GROUP, P.C.
2760 Mission Street
San Francisco, CA 94110
Telephone: 415.695.1000
Facsimile:  415.695.1006

Attorneys for Plaintiff
ERNIE RICARDO FERNANDEZ

LISA C. HAMASAKI, CA Bar No. 197628
becki.graham@ogletree.com
SUSAN T. YE, CA Bar No. 281497
susan.ye@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone: 415.442.4810
Facsimile:  415.442.4870

Attorneys for Defendant
BRINK'S, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE RICARDO FERNANDEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>BRINK'S INCORPORATED, a Delaware Corporation, and DOES 1-5,<br><br>   Defendants. | Case No. 3:17-cv-07050-EDL<br><br>MODIFIED<br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Trial Date: May 20, 2019 |

1

**STIPULATION**

Plaintiff Ernie Fernandez and Defendant Brink's Incorporated (collectively the "Parties"), by and through their attorneys of record, enter into the following stipulation regarding their mutual request to continue the trial and certain deadlines in this action:

1. On December 11, 2017, this action was removed from the California Superior Court. In the state court action, Plaintiff Ernie Fernandez was one of eight Plaintiffs, but his claims were severed from the Complaint and the removal followed.

2. Prior to the March 27, 2018 Initial Case Management Conference in this action, the Parties had agreed to private mediation with Mark Rudy, Esq., in San Francisco, scheduled for September 5, 2018. Mr. Rudy is highly regarded mediator with limited availability, typically requiring several months of advance scheduling.

3. At the September 5, 2018 mediation it was determined by the parties and Mr. Rudy that attempting to mediate each of the eight plaintiffs' claims in the single session was not effective. The Parties decided to continue with five of the plaintiffs who only had wage and hour claims. The remaining three plaintiffs, including Plaintiff Ernie Fernandez, were rescheduled for a mediation with Mr. Rudy on March 6, 2019, the first available date for Mr. Rudy.

4. In order to facilitate the further mediation with Mr. Rudy, and to avoid the unnecessary expenditure of time and resources leading into the mediation, the Parties agree that that limiting discovery and moving the trial date, dispositive motion deadlines, and current pre-trial deadlines is in the best interest of the parties.

5. On April 10, 2018, the Court issued its Case Management and Pretrial Order for Jury Trial (Dkt. No. 29) setting the trial and following relevant deadlines:

    a. Private Mediation to be Completed by September 30, 2018;

    b. Non-Expert Discovery Cut-Off of December 21, 2018;

    c. Initial Expert Reports due by March 12, 2019;

    d. Rebuttal Expert Reports due by March 12, 2018;

    e. Expert Discovery Cut-Off of by April 12, 2018;

f.  Dispositive Motions to be heard by February 19, 2019 with a filing
                schedule for cross motions beginning on January 8, 2018;
            g.  Final Pretrial Conference set for May 14, 2019; and
            h.  Trial date set for May 28, 2019.

    6.  The Parties completed initial written discovery ahead of the September 5, 2018 mediation and Plaintiff's deposition was taken in August 2018.  Additional depositions, including depositions of employees of Defendant and third parties, remain to be completed.

    7.  The Parties desire to avoid incurring additional attorneys' fees and expenses ahead of the March 6, 2019, mediation in order to provide them with the best chance of resolving this matter. However, should this matter proceed beyond the March 6, 2019, mediation, the Parties will need to complete discovery and Defendant anticipates it will file a motion for summary judgment.

    8.  Given the current discovery and dispositive motion deadlines, the Parties will need to incur significant additional costs to complete fact and expert discovery, and to proceed with dispositive motions, prior to the March 6, 2019 mediation.

    9.  The Parties jointly request a continuance of the trial date, with discovery and dispositive motion and other deadlines to track with a new trial date. There is good cause for the requested continuance because it will enable the Parties to approach the Mediation in the best position to potentially settle this action.

    10. The Parties request that the trial and pre-trial deadlines be extended as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Trial Date | May 28, 2019 | October ~~15~~ 21, 2019 |
| Non-Expert Discovery Cut-Off | December 21, 2018 | May 10, 2019 |
| Dispositive Motion Hearing | February 19, 2019 | July 9, 2019.<br>The last day for hearing dispositive motions shall be July 9, 2019. Based upon that deadline, to the extent Plaintiff files a dispositive motion, it must be filed and served no later than May 28, |

3

| | | 2019.  Defendant's opposition, cross-motion and/or dispositive motion (should plaintiff elect not to file a dispositive motion) is due no later than June 11, 2019.  Plaintiff's reply and opposition is due no later than June 18, 2019.  Defendant's reply is due no later than June 25, 2019. |
|---|---|---|
| Initial Expert Disclosure | March 12, 2019 | August 2, 2019 |
| Rebuttal Expert Reports | March 26, 2019 | August 16, 2019 |
| Expert Discovery Cut-Off | April 12, 2019 | September 2, 2019 |
| Pretrial Conference | May 14, 2019 | October 1, 2019 |

All other dates previously set by the Court remain unchanged.

SO STIPULATED.

DATED:  December 13, 2018               LIBERATION LAW GROUP, P.C.


By: */s/  Daniel P. Iannitelli*
    DANIEL P. IANNITELLI
    Attorneys for Plaintiff
    ERNIE RICARDO FERNANDEZ

DATED:  December 13, 2018               OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Lisa C. Hamasaki*
    LISA C. HAMASAKI
    SUSAN T. YE
    Attorneys for Defendant
    BRINK'S, INCORPORATED

*I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.*

# [PROPOSED] ORDER

Having considered the Parties' stipulation, and good cause appearing, the Court modifies the scheduling order as follows:

| | **Current Date** | **New Date** |
|---|---|---|
| Trial Date | May 28, 2019 | October ~~15~~ 21, 2019 |
| Non-Expert Discovery Cut-Off | December 21, 2018 | May 10, 2019 |
| Dispositive Motion Hearing | February 19, 2019 | July 9, 2019. The last day for hearing dispositive motions shall be July 9, 2019. Based upon that deadline, to the extent Plaintiff files a dispositive motion, it must be filed and served no later than May 28, 2019. Defendant's opposition, cross-motion and/or dispositive motion (should plaintiff elect not to file a dispositive motion) is due no later than June 11, 2019. Plaintiff's reply and opposition is due no later than June 18, 2019. Defendant's reply is due no later than June 25, 2019. |
| Initial Expert Disclosure | March 12, 2019 | August 2, 2019 |
| Rebuttal Expert Reports | March 26, 2019 | August 16, 2019 |
| Expert Discovery Cut-Off | April 12, 2019 | September 2, 2019 |
| Pretrial Conference | May 14, 2019 | September 24, 2019 ~~October 1, 2019~~ |

All other dates previously set by the Court remain unchanged.

**IT IS SO ORDERED.**

Date: 12/17/18

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

5